BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: CHANGE HEALTHCARE INC. DATA BREACH LITIGATION | MDL NO. _____ |
|---|---|

## SCHEDULE OF ACTIONS

*Case One Captions attached as Exhibit 1*

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Melissa Merry | M.D. Tenn. | 3:24-cv-00239 | Judge Eli J. Richardson |

Case Two Captions attached as Exhibit 2

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Robert Reese | M.D. Tenn. | 3:24-cv-00240 | Judge Waverly D. Crenshaw, Jr. |

Case Three Captions attached as Exhibit 3

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Nicolas Keriazis | D. Minn. | 0:24-cv-00751 | Judge Patrick J. Schiltz |

Case Four Captions attached as Exhibit 4

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Jennifer Stump | M.D. Tenn. | 3:24-cv-00255 | Judge Waverly D. Crenshaw, Jr. |

Case Five Captions attached as Exhibit 5

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Robert Mackey | D. Minn. | 0:24-cv-00771 | Judge Donovan W. Frank |

Case Six Captions attached as Exhibit 6

| **Plaintiffs** | **Court** | **Civil Action No.** | **Judge:** |
|---|---|---|---|
| Jimmy Allen | M.D. Tenn. | 3:24-cv-00263 | Judge Waverly D. Crenshaw, Jr. |