BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3108 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 27, 2024, copies of the foregoing Notice of Appearance and Proof of Service were served on all parties in the following cases electronically via the Court's CM/ECF system, or as indicated below.

| Via CM/ECF |
|---|
| *Melissa Merry v. Change Healthcare Inc.*, 3:24-cv-00239-EJR-JSF (M.D. Tenn.) <br><br>*Counsel for Plaintiff Melissa Merry* <br><br>J. Gerard Stranch, IV <br>Michael C. Iadevaia <br>Emily Schiller <br>Stranch, Jennings & Garvey, PLLC <br>223 Rosa L. Parks Avenue, Suite 200 <br>Nashville, TN 37203 <br>gstranch@stranchlaw.com <br>miadevaia@stranchlaw.com <br>eschiller@stranchlaw.com <br>Tel: (615) 254-8801 <br><br>Jeffrey Ostrow <br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert <br>1 West Las Olas Blvd., Ste. 500 <br>Fort Lauderdale, FL 33301 <br>ostrow@kolawyers.com <br>Tel: (954) 332-4200 <br>Fax: (954) 525-4300 |

1

Kenneth J. Grunfeld
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
65 Overhill Road
Bala Cynwyd, PA 19004
grunfeld@kolawyers.com
Tel: (954) 525-4100
Fax: (954) 525-4300

Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
Tel: (317) 636-2593

*Robert Reese v. Change Healthcare Inc.*, 3:24-cv-00240-WDC-BDH (M.D. Tenn.)

*Counsel for Plaintiff Robert Reese*

J. Gerard Stranch, IV
Michael C. Iadevaia
Emily Schiller
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
miadevaia@stranchlaw.com
eschiller@stranchlaw.com
Tel: (615) 254-8801

Joseph P. Guglielmo
Amanda M. Rolon
Scott & Scott Attorneys at Law
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-4478
jguglielmo@scott-scott.com
arolon@scott-scott.com

Alfred G. Yates, Jr.
Yates Law Office of Alfred G. Yates, Jr., P.C
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Tel: (412) 391-5164
Fax: (412) 471-1033

| |
|---|
| yateslaw@aol.com <br><br> Lynn A. Toops <br> Cohen & Malad, LLP <br> One Indiana Square, Suite 1400 <br> Indianapolis, Indiana 46204 <br> ltoops@cohenandmalad.com <br> Tel: (317) 636-2593 |

*Nicolas Keriazis v. UnitedHealth Group Incorporated*, 0:24-cv-00751-PJS-DLM (D. Minn.)

*Counsel for Plaintiff Nicolas Keriazis*

| |
|---|
| E. Michelle Drake <br> Berger Montague PC <br> 1229 Tyler Street NE, Suite 205 <br> Minneapolis, MN 55413 <br> Tel: (612) 594-5933 <br> emdrake@bm.net <br><br> Mark B. DeSanto <br> Berger Montague <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> mdesanto@bm.net <br> Tel: (215) 875-3046 <br><br> Norman E. Siegel <br> J. Austin Moore <br> Stefon J. David <br> Stueve Siegel Hanson LLP <br> 460 Nichols Road, Suite 200 <br> Kansas City, Missouri 64112 <br> Tel: (816) 714-7100 <br> siegel@stuevesiegel.com <br> moore@stuevesiegel.com <br> david@stuevesiegel.com <br> Tel: (816) 714-7100 |

*Jennifer Stump v. Change Healthcare Inc.*, 3:24-cv-00255-WDC-AEN (M.D. Tenn.)

*Counsel for Plaintiff Jennifer Stump*

J. Gerard Stranch, IV
Michael C. Iadevaia
Emily Schiller

Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
miadevaia@stranchlaw.com
eschiller@stranchlaw.com
Tel: (615) 254-8801

Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
Tel: (317) 636-2593

Samuel J. Strauss
Raina Borrelli
Turke & Strauss LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
sam@turkestrauss.com
raina@turkestrauss.com
Tel: (608) 237-1775
Fax: (608) 509-4423

***Jimmy Allen v. Change Healthcare Inc.*, 3:24-cv-00263-WDC-JSF (M.D. Tenn.)**

*Counsel for Plaintiff Jimmy Allen*

J. Gerard Stranch, IV
Michael C. Iadevaia
Emily Schiller
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
miadevaia@stranchlaw.com
eschiller@stranchlaw.com
Tel: (615) 254-8801

Gary M. Klinger
Milberg Coleman Bryson
Phillips Grossman LLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Tel: (866) 252-0878

William "Billy" Peerce Howard
The Consumer Protection Firm, PLLC
401 East Jackson Street, Suite 2340
Tampa, FL 33602
billy@TheConsumerProtectionFirm.com
Tel: 813-500-1500

Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenandmalad.com
Tel: (317) 636-2593

***Sara Lemke, Revival Therapy, EA Health Holdings, Inc., and EA Health, LLC v. Change Healthcare Inc.*, 3:24-cv-00302-WDC-BDH (M.D. Tenn.)**

*Counsel for Plaintiffs Sara Lemke, Revival Therapy P.C., EA Health Holdings, Inc., EA Health, LLC*

Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
tom@attorneyzim.com
Tel: (312) 440-0020
Fax: (312) 440-4180

Brent S. Snyder
DannLaw
2125 Middlebrook Pike
Knoxville, TN 37921
notices@dannlaw.com
Tel: (865) 264-3328
Fax: (865) 546-2777

Brian D. Flick
Marc E. Dann
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
notices@dannlaw.com
Tel: (216) 373-0539
Fax: (216) 373-0536

5

| |
|---|
| ***Counsel for Defendants Change Healthcare Inc., United Health Group Incorporated, UnitedHealthcare, Inc., and Optum, Inc.***<br><br>Allison M. Ryan<br>Hogan Lovells US LLP<br>555 13th St. NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Allison.holt-ryan@hoganlovells.com |
| ***O'Bradovich v. Change Healthcare, Inc.*, 2:24-cv-00452 (W.D. Pa)**<br><br>*Counsel for Plaintiff Michael O'Bradovich*<br><br>Gary F. Lynch<br>Lynch Carpenter LLP<br>1133 Penn Ave., 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>gary@lcllp.com |
| ***Amherst Psychiatric Services v. Change Healthcare Inc.*, 3:24-cv-00312-AAT (M.D. Tenn.)**<br><br>*Counsel for Amherst Psychiatric Services*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801<br><br>Norman E. Siegel<br>J. Austin Moore<br>Stefon J. David<br>Stueve Siegel Hanson LLP,<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>david@stuevesiegel.com<br>Tel: (816) 714-7100 |

6

| |
|---|
| E. Michelle Drake <br> Mark B. DeSanto <br> Berger Montague <br> 1229 Tyler Street NE, Suite 205 <br> Minneapolis, MN 55413 <br> emdrake@bm.net <br> mdesanto@bm.net <br> Tel: (612) 594-5933 <br> Tel: (215) 875-3046 |
| **Via Electronic Mail** |
| ***Robert Mackey v. UnitedHealth Group Incorporated***, 0:24-cv-00771-PJS-DLM (D. Minn.) <br><br> *Counsel for Plaintiff Robert Mackey* <br><br> Daniel E. Gustafson <br> David A. Goodwin <br> Joe E. Nelson <br> Gustafson Gluek PLLC <br> Canadian Pacific Plaza <br> 120 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> dgustafson@gustafsongluek.com <br> dgoodwin@gustafsongluek.com <br> jnelson@gustafsongluek.com <br> Tel: (612) 333-8844 <br><br> Nicholas A. Migliaccio <br> Jason S. Rathod <br> Miglicaccio & Rathod LLP <br> 412 H St NE, Suite 302 <br> Washington DC 20002 <br> nmigliaccio@classlawdc.com <br> jrathod@classlawdc.com <br> Tel: (202) 470-3520 |
| ***Sandra Groom v. UnitedHealth Group Incorporated***, 0:24-cv-00915-PJS-DLM (D. Minn.) <br><br> *Counsel for Plaintiff Sandra Groom* <br><br> E. Michelle Drake <br> Berger Montague PC <br> 1229 Tyler Street NE, Suite 205 <br> Minneapolis, MN 55413 <br> Tel: (612) 594-5933 <br> emdrake@bm.net |

| |
|---|
| Sabita J. Soneji<br>Tycko & Zavareei LLP<br>1970 Broadway, Suite 1070<br>Oakland, California 94612<br>Tel: (510) 254-6808<br>ssoneji@tzlegal.com |
| ***Rebecca Medina v. Change Healthcare Inc.*, 2:24-cv-00766-TLN-DB (E.D. Cal.)**<br><br>*Counsel for Plaintiff Rebecca Medina*<br><br>Steven Lopez<br>David M. Berger<br>Rosemary M. Rivas<br>Rosanne L. Mah<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>sal@classlawgroup.com<br>dmb@classlawgroup.com<br>rmr@classlawgroup.com<br>rlm@classlawgroup.com<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701 |
| ***Bay Area Therapy Group A Marriage and Family Counseling Corp. v. Change Healthcare Inc.*, 3:24-cv-01682-AGT (N.D. Cal.)**<br><br>*Counsel for Plaintiff Bay Area Therapy Group A Marriage and Family Counseling Corp.*<br><br>Rosemary M. Rivas<br>David M. Berger<br>Rosanne L. Mah<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>rmr@classlawgroup.com<br>dmb@classlawgroup.com<br>rlm@classlawgroup.com<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701 |
| **Via U.S. First Class Mail** |
| Clerk of Court U.S. District Court<br>Middle District of Tennessee |

| |
|---|
| 719 Church St., Suite 1300<br>Nashville, TN 37203 |
| Clerk of Court U.S. District Court<br>District of Minnesota<br>300 South Fourth St., Suite 202<br>Minneapolis, MN 55415 |
| Clerk of Court for the U.S. District Court<br>Eastern District of California<br>501 I Street<br>Sacramento, CA 95814 |
| Clerk of Court for the U.S. District Court<br>Northern District of California<br>450 Golden Gate Ave.<br>San Francisco, A 94102-3489 |
| Clerk of Court for the U.S. District Court<br>Northern District of Mississippi<br>911 Jackson Ave. East<br>Oxford, MS 38655 |
| Clerk of Court for the U.S. District Court<br>Western District of Pennsylvania<br>700 Grant Street<br>Pittsburgh, PA 15219 |

Dated: March 27, 2024.                    Respectfully submitted,

*/s/ Richard R. Barrett*
Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Rd., Suite 1011
Oxford, MS 38655
Tel: 662-380-5018
rrb@rrblawfirm.net

*Counsel for Plaintiff Advanced Obstetrics & Gynecology PC*