# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Change Healthcare Customer Data Security Breach Litigation* | MDL No. 3108 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Sandra Groom hereby notifies the Clerk of the Panel that the following action is a related action currently pending in a federal district court:

*Groom v. UnitedHealth Group Incorporated, et al.*, D. Minnesota, C.A. No. 24-cv-00915

The Docket Sheet and Complaint for the matter are attached hereto as Exhibit 1.

Date: March 22, 2024

/s/E. Michelle Drake
E. Michelle Drake, Bar No. 0387366
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bm.net
*Counsel for Plaintiff Groom*

Sabita J. Soneji
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
ssoneji@tzlegal.com

*Additional Plaintiff's Counsel in Groom v. UnitedHealth Group Inc., et al., No. 24-cv-915-PJS (D. Minn.)*