**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

*In re: Change Healthcare Customer Data Security Breach Litigation*     MDL No. 3108

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendants | District | Action No. | Judge |
|---|---|---|---|---|
| Sandra Groom | UnitedHealth Group Incorporated; UnitedHealthcare, Inc.; Optum, Inc.; Change Healthcare, Inc. | Minnesota | 24-cv-00915 | Schiltz |