**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | |
| ) | MDL Docket No. |
| CHANGE HEALTHCARE CUSTOMER ) | |
| DATA SECURITY BREACH LITIGATION ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 1, 2024, I caused a true and correct copy of Plaintiffs' Notice of Related Action to be served on all parties of record via the Court's CM/ECF system, or via U.S. Mail to the parties listed below:

UnitedHealth Group Incorporated
c/o C T Corporation System
1010 Dale St N St
Paul, MN 55117

Optum, Inc.
c/o CT Corporation System
1010 Dale Street N
Saint Paul, MN 55117

Change Healthcare Inc.
c/o CT Corporation System
300 Montvue Road
Knoxville, TN 37919

Change Healthcare, Inc.
UnitedHealth Group, Inc.
UnitedHealthcare, Inc.
Optum, Inc.
E. Todd Presnell
Bradley Arant Boult Cummings LLP (Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203
615-252-2355
Email: tpresnell@bradley.com

Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP (Nashville, TN Office)
1221 Broadway

8

Suite 2400
Nashville, TN 37203
615-252-3592
Email: kingram@bradley.com

Change Healthcare Solutions, LLC
424 Church Street
Suite 1400
Nashville, TN 37219

                      Respectfully submitted,

Dated: April 1, 2024

/s/ John A. Yanchunis

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis
JYanchunis@ForThePeople.com
Ronald Podolny
Ronald.podolny@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402