**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## PROOF OF SERVICE

I hereby certify that on this 3rd day of April, 2024, the foregoing Change Healthcare Inc.'s Response to Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 was filed electronically with the Clerk of the Panel through the CM/ECF system, which will send notification of such filing to all counsel of record, and that copies will be sent by U.S. Mail to any party unable to accept them via the electronic filing system, as indicated below.

Dated: April 3, 2024

Respectfully submitted,

*/s/ Allison M. Ryan* .
Allison M. Ryan
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc.*

**SERVICE LIST**

| | |
|---|---|
| ***Melissa Merry v. Change Healthcare Inc.*, 3:24-cv-00239-EJR-JSF (M.D. Tenn.)** | |
| *Counsel for Plaintiff Melissa Merry* | |
| J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801 | (via ECF) |
| Jeffrey Ostrow<br>Kopelowitz Ostrow<br>Ferguson Weiselberg Gilbert<br>1 West Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>ostrow@kolawyers.com<br>Tel: (954) 332-4200<br>Fax: (954) 525-4300 | (via ECF) |
| Kenneth J. Grunfeld<br>Kopelowitz Ostrow<br>Ferguson Weiselberg Gilbert<br>65 Overhill Road<br>Bala Cynwyd, PA 19004<br>grunfeld@kolawyers.com<br>Tel: (954) 525-4100<br>Fax: (954) 525-4300 | |
| Lynn A. Toops<br>Cohen & Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>ltoops@cohenandmalad.com<br>Tel: (317) 636-2593 | |
| ***Robert Reese v. Change Healthcare Inc.*, 3:24-cv-00240-WDC-BDH (M.D. Tenn.)** | |
| *Counsel for Plaintiff Robert Reese* | |
| J. Gerard Stranch, IV | (via ECF) |

| | |
|---|---|
| Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801<br><br>Joseph P. Guglielmo<br>Amanda M. Rolon<br>Scott & Scott Attorneys at Law<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>arolon@scott-scott.com<br>Tel: (212) 223-4478<br><br>Alfred G. Yates, Jr.<br>Yates Law Office of Alfred G. Yates, Jr., P.C<br>1575 McFarland Road, Suite 305<br>Pittsburgh, PA 15216<br>yateslaw@aol.com<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033 | |

***Nicolas Keriazis v. UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., Change Healthcare Inc.*, 0:24-cv-00751-PJS-DLM (D. Minn.)**

| | |
|---|---|
| *Counsel for Plaintiff Nicolas Keriazis*<br><br>E. Michelle Drake<br>Berger Montague PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Tel: (612) 594-5933<br>emdrake@bm.net<br><br>Mark B. DeSanto<br>Berger Montague<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>mdesanto@bm.net | (via ECF) |

3

| | |
|---|---|
| Tel: (215) 875-3046<br><br>Norman E. Siegel<br>J. Austin Moore<br>Stefon J. David<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Tel: (816) 714-7100<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>david@stuevesiegel.com<br>Tel: (816) 714-7100 | |

| *Jennifer Stump v. Change Healthcare Inc.*, 3:24-cv-00255-WDC-AEN (M.D. Tenn.) | |
|---|---|
| *Counsel for Plaintiff Jennifer Stump*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801<br><br>Lynn A. Toops<br>Cohen & Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>ltoops@cohenandmalad.com<br>Tel: (317) 636-2593<br><br>Samuel J. Strauss<br>Raina Borrelli<br>Turke & Strauss LLP<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br>Tel: (608) 237-1775<br>Fax: (608) 509-4423 | (via ECF) |

***Robert Mackey v. UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., Change Healthcare Inc.*, 0:24-cv-00771-PJS-DLM (D. Minn.)**

| | |
|---|---|
| *Counsel for Plaintiff Robert Mackey*<br><br>Daniel E. Gustafson<br>David A. Goodwin<br>Joe E. Nelson<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>jnelson@gustafsongluek.com<br>Tel: (612) 333-8844 | (via mail) |
| Nicholas A. Migliaccio<br>Jason S. Rathod<br>Miglicaccio & Rathod LLP<br>412 H St NE, Suite 302<br>Washington, DC 20002<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com<br>Tel: (202) 470-3520 | (via mail) |

***Jimmy Allen v. Change Healthcare Inc.*, 3:24-cv-00263-WDC-JSF (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Plaintiff Jimmy Allen*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801 | (via ECF) |
| Gary M. Klinger<br>Milberg Coleman Bryson<br>Phillips Grossman LLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com | |

| | |
|---|---|
| Tel: (866) 252-0878<br><br>William "Billy" Peerce Howard<br>The Consumer Protection Firm, PLLC<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>billy@TheConsumerProtectionFirm.com<br>Tel: 813-500-1500 | |

**Sandra Groom v. UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., Change Healthcare Inc., 0:24-cv-00915-PJS-DLM (D. Minn.)**

| | |
|---|---|
| *Counsel for Plaintiff Sandra Groom*<br><br>E. Michelle Drake<br>Berger Montague PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>emdrake@bm.net<br>Tel: (612) 594-5933<br><br>Sabita J. Soneji<br>Tycko & Zavareei LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>ssoneji@tzlegal.com<br>Tel: (510) 254-6808 | (via ECF) |

**Rebecca Medina v. Change Healthcare Inc., Optum, Inc., UnitedHealth Group Incorporated, 2:24-cv-00766-TLN-DB (E.D. Cal.)**

| | |
|---|---|
| *Counsel for Plaintiff Rebecca Medina*<br><br>Steven Lopez<br>David M. Berger<br>Rosemary M. Rivas<br>Rosanne L. Mah<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>sal@classlawgroup.com<br>dmb@classlawgroup.com<br>rmr@classlawgroup.com<br>rlm@classlawgroup.com<br>Tel: (510) 350-9700 | (via ECF) |

| | |
|---|---|
| Fax: (510) 350-9701 | |

**_Sara Lemke, Revival Therapy, EA Health Holdings, Inc., and EA Health, LLC v. Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., 3:24-cv-00302-WDC-BDH (M.D. Tenn.)_**

| | |
|---|---|
| _Counsel for Plaintiffs Sara Lemke, Revival Therapy P.C., EA Health Holdings, Inc., EA Health, LLC_<br><br>Thomas A. Zimmerman, Jr.<br>Zimmerman Law Offices, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, IL 60602<br>tom@attorneyzim.com<br>Tel: (312) 440-0020<br>Fax: (312) 440-4180<br><br>Brent S. Snyder<br>DannLaw<br>2125 Middlebrook Pike<br>Knoxville, TN 37921<br>notices@dannlaw.com<br>Tel: (865) 264-3328<br>Fax: (865) 546-2777<br><br>Brian D. Flick<br>Marc E. Dann<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>notices@dannlaw.com<br>Tel: (216) 373-0539<br>Fax: (216) 373-0536 | (via ECF) |

**_Advanced Obstetrics & Gynecology PC v. UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., Change Healthcare Inc., 3:24-cv-00063-MPM-JMV (N.D. Miss.)_**

| | |
|---|---|
| _Counsel for Plaintiff Advanced Obstetrics & Gynecology PC_<br><br>John W. ("Don") Barrett<br>Barrett Law Group, P.A.<br>404 Court Square N, P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com | |

| | |
|---|---|
| Tel: (662) 834-2488 | |
| Richard R. Barrett<br>Law Offices of Richard R. Barrett, PLLC<br>2086 Old Taylor Rd., Suite 1011<br>Oxford, MS 38655<br>rrb@rrblawfirm.net<br>Tel: (662) 380-5018 | (via ECF) |
| Charles J. LaDuca<br>Brendan Thompson<br>Christian Hudson<br>Cuneo Gilbert & LaDuca, LLP<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>charlesl@cuneolaw.com<br>brendant@cuneolaw.com<br>chudson@cuneolaw.com<br>Tel: (202) 789-3960 | |

**Bay Area Therapy Group A Marriage and Family Counseling Corp. v. Change Healthcare Inc., UnitedHealth Group Incorporated, Optum, Inc., 3:24-cv-01682-AGT (N.D. Cal.)**

| | |
|---|---|
| *Counsel for Plaintiff Bay Area Therapy Group A Marriage and Family Counseling Corp.*<br><br>Rosemary M. Rivas<br>David M. Berger<br>Rosanne L. Mah<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>rmr@classlawgroup.com<br>dmb@classlawgroup.com<br>rlm@classlawgroup.com<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701 | (via ECF) |

**Amherst Psychiatric Services v. Change Healthcare Inc., 3:24-cv-00312-AAT (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Amherst Psychiatric Services*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC | (via ECF) |

| | |
|---|---|
| 223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801 | |
| Norman E. Siegel<br>J. Austin Moore<br>Stefon J. David<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>david@stuevesiegel.com<br>Tel: (816) 714-7100 | (via ECF) |
| E. Michelle Drake<br>Mark B. DeSanto<br>Berger Montague PC<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>emdrake@bm.net<br>mdesanto@bm.net<br>Tel: (612) 594-5933 | |

***Michael O'Bradovich v. Change Healthcare Inc., Optum, Inc., and UnitedHealth Group Incorporated*, 3:24-cv-00452 (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Michael O'Bradovich*<br><br>Gary F. Lynch<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Gary@lcllp.com<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246 | (via ECF) |

***Apex Physical Rehabilitation & Wellness PLLC v. Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and Optum, Inc.*, 3:24-cv-00331 (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Apex Physical Rehabilitation & Wellness PLLC*<br><br>Christopher L. Ayers | (via ECF) |

Jennifer R. Scullion
Justin M. Smigelsky
Nigel Halliday
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
cayers@seegerweiss.com
jscullion@seegerweiss.com
jsmigelsky@seegerweiss.com
nhalliday@seegerweiss.com
Tel: (973) 639-9100
Fax: (973) 639-9393

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com
Tel: (615) 983-8900
Fax: (615) 682-8533

| | |
|---|---|
| ***Luxe Dental Spa, LLC v. Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and Optum, Inc.*, 3:24-cv-04044 (D.N.J.)** | |
| *Counsel for Luxe Dental Spa, LLC*<br><br>Christopher L. Ayers<br>Jennifer R. Scullion<br>Justin M. Smigelsky<br>Nigel Halliday<br>Seeger Weiss LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cayers@seegerweiss.com<br>jscullion@seegerweiss.com<br>jsmigelsky@seegerweiss.com<br>nhalliday@seegerweiss.com<br>Tel: (973) 639-9100<br>Fax: (973) 639-9393 | (via ECF) |
| ***Matthew Herrick v. Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and Optum, Inc.*, 3:24-cv-00293 (M.D. Tenn.)** | |
| *Counsel for Matthew Herrick*<br><br>Christopher L. Ayers | (via ECF) |

| | |
|---|---|
| Jennifer R. Scullion<br>Justin M. Smigelsky<br>Nigel Halliday<br>Seeger Weiss LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cayers@seegerweiss.com<br>jscullion@seegerweiss.com<br>jsmigelsky@seegerweiss.com<br>nhalliday@seegerweiss.com<br>Tel: (973) 639-9100<br>Fax: (973) 639-9393<br><br>John Tate Spragens<br>Spragens Law PLC<br>311 22nd Ave. N.<br>Nashville, TN 37203<br>john@spragenslaw.com<br>Tel: (615) 983-8900<br>Fax: (615) 682-8533 | |
| ***Douglass Castell v. Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and Optum, Inc.***, 3:24-cv-00339 (M.D. Tenn.) | |
| *Counsel for Douglass Castell*<br><br>Christopher L. Ayers<br>Jennifer R. Scullion<br>Justin M. Smigelsky<br>Nigel Halliday<br>Seeger Weiss LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cayers@seegerweiss.com<br>jscullion@seegerweiss.com<br>jsmigelsky@seegerweiss.com<br>nhalliday@seegerweiss.com<br>Tel: (973) 639-9100<br>Fax: (973) 639-9393<br><br>John Tate Spragens<br>Spragens Law PLC<br>311 22nd Ave. N. | (via ECF) |

| | |
|---|---|
| Nashville, TN 37203<br>john@spragenslaw.com<br>Tel: (615) 983-8900<br>Fax: (615) 682-8533 | |
| ***Be Well Integrative Health Partners, PLLC v. UnitedHealth Group Incorporated, Optum, Inc., Change Healthcare Inc.*, 3:24-cv-00337 (M.D. Tenn.)** | |
| *Counsel for Be Well Integrative Health Partners, PLLC*<br><br>Aubrey B. Harwell, III<br>Charles F. Barrett<br>Simon Levitsky<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>Tel: (615) 244-1713<br>Fax: (615) 726-0573<br>tharwell@nealharwell.com<br>cbarrett@nealharwell.com | (via mail) |
| ***Therapy My Way and Thomas Franco Therapy and Consulting v. Change Healthcare Inc., Optum, Inc., and UnitedHealth Group Incorporated*, 3:24-cv-00345 (M.D. Tenn.)** | |
| *Counsel for Therapy My Way, Thomas Franco Therapy and Consulting*<br><br>David M. Berger<br>Rosemary M. Rivas<br>Rosanne L. Mah<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>sal@classlawgroup.com<br>dmb@classlawgroup.com<br>rmr@classlawgroup.com<br>rlm@classlawgroup.com<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701<br><br>John Tate Spragens<br>Spragens Law PLC<br>311 22nd Ave. N.<br>Nashville, TN 37203<br>john@spragenslaw.com | (via mail) |

| Tel: (615) 983-8900<br>Fax: (615) 682-8533 | |
|---|---|
| **Mt. Rainier Emergency Physicians, PLLC, River Rock Wellness, and Jenna Wolfson v. Change Healthcare Inc., 3:24-cv-00323 (M.D. Tenn.)** | |
| *Counsel for Mt. Rainier Emergency Physicians, PLLC, River Rock Wellness and Jenna Wolfson*<br><br>John A. Yanchunis<br>Ronald Podolny<br>Morgan & Morgan (Tampa Office)<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com<br>ronald.podolny@forthepeople.com<br>Tel: (813) 223-5505<br>Fax: (813) 223-5402<br><br>Kathryn E. Barnett<br>Morgan & Morgan (Nashville Office)<br>810 Broadway, Suite 105<br>Nashville, TN 37203<br>kbarnett@forthepeople.com<br>Tel: (615) 490-0943<br>Fax: (615) 750-9251 | (via ECF)<br><br><br><br><br><br><br><br><br>(via mail) |
| **Mary Shelor v. Change Healthcare Inc., 3:24-cv-00340 (M.D. Tenn.)** | |
| *Counsel for Mary Shelor*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801<br><br>Jeffrey K. Brown<br>Brett R. Cohen<br>Leeds Brown Law, P.C. | (via ECF) |

| | |
|---|---|
| One Old Country Road, Suite 347<br>Carle Place, NY 11514<br>jbrown@leedsbrownlaw.com<br>bcohen@leedsbrownlaw.com<br>Tel: (516) 873-9550<br><br>Charles E. Schaffer<br>Levin Sedran & Berman, LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>cschaffer@lfsblaw.com<br>Tel: (215) 592-1500<br>Fax: (215) 592-4663<br><br>Jeffrey S. Goldenberg<br>Todd Naylor<br>Goldenberg Schneider, LPA<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>jgoldenberg@gs-legal.com<br>tnaylor@gs-legal.com<br>Tel: (513) 345-8297<br>Fax: (513) 345-8294 | |

***Karyn Nicholls, Soumendu Das, Rose Harris, Individually and on behalf of her minor child L.I. and Kelly Freeman v. Change Healthcare Inc., Optum Inc. and UnitedHealth Group Incorporated*, 3:24-cv-00349 (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Karyn Nicholls, Soumendu Das, Rose Harris, individually and on behalf of her minor child L.I., and Kelly Freeman*<br><br>J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>Emily Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com<br>eschiller@stranchlaw.com<br>Tel: (615) 254-8801<br><br>Amber L. Schubert<br>Robert C. Schubert<br>Schubert Jonckheer & Kolbe LLP | (via mail) |

| | |
|---|---|
| 2001 Union St., Suite 200<br>San Francisco, CA 94123<br>aschubert@sjk.law<br>rschubert@sjk.law<br>Tel: (415) 788-4220 | |

**_Lonny David Matlick, D.B.A. Lonny D. Matlick D.O. v. Change Healthcare Inc., Optum Inc. and UnitedHealth Group Incorporated_, 3:24-cv-04364 (D.N.J.)**

| | |
|---|---|
| _Counsel for Lonny David Matlick, D.B.A. Lonney D. Matlick D.O._<br><br>James E. Cecchi<br>Carella Byrne Cecchi Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744 | (via mail) |
| James S. Notis<br>Meagan A. Farmer<br>Gardy & Notis, LLP<br>150 East 52nd Street, 11th Floor<br>New York, NY 10022<br>jnotis@gardylaw.com<br>mfarmer@gardylaw.com<br>Tel: (212) 905-0509 | (via mail) |
| Lee Squitieri<br>Lee Squitieri & Fearon LLP<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>lee@sfclasslaw.com<br>Tel: (212) 421-6492 | (via mail) |

**_Through the Forest Counseling Inc. v. Change Healthcare Inc., UnitedHealth Group Incoporated_, 3:24-cv-00370 (M.D. Tenn.)**

| | |
|---|---|
| _Counsel for Through the Forest Counseling Inc._<br><br>Adam E. Polk<br>Jordan Elias<br>Girard Sharp LLP<br>601 California Street, Suite 1400 | (via mail) |

| | |
|---|---|
| San Francisco, CA 94108<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846 | |
| Jerry E. Martin<br>Matthew Edward McGraw<br>Seth Marcus Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>200 31stAvenue North<br>Nashville, TN 37203<br>jmartin@barrettjohnston.com<br>mmcgraw@barrettjohnston.com<br>shyatt@barrettjohnston.com<br>Tel: (615) 244-2202<br>Fax: (615) 252-3798 | (via mail) |