**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION. | **MDL No. 3108** |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-5)**

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, Plaintiff Gabriel Pethick ("Plaintiff") respectfully notices his opposition to the Conditional Transfer Order ("CTO-5") (ECF No. 203) as it pertains to *Pethick v. Change Healthcare Inc. et al*, No. 3:24-cv-01227 (M.D. Tenn., filed October 15, 2024). Plaintiff will file a motion to vacate CTO-5 in accordance with Rule 7.1(f) and any briefing schedule set by the Panel.

Dated: New York, New York
October 25, 2024

*/s/ Chet B. Waldman*____

Chet B. Waldman
Emer C. Burke
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: 212-759-4600
cwaldman@wolfpopper.com
eburke@wolfpopper.com

Jerry E. Martin
Seth M. Hyatt
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N
Nashville, TN 37203
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Plaintiff Gabriel Pethick*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION.** | **MDL No. 3108** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of this Notice of Opposition to the Conditional Transfer Order was served upon all counsel of record by CM/ECF on October 25, 2024.


Dated: New York, New York
October 25, 2024

*/s/ Chet B. Waldman*

Chet B. Waldman
Emer C. Burke
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: 212-759-4600
cwaldman@wolfpopper.com
eburke@wolfpopper.com

Jerry E. Martin
Seth M. Hyatt
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N
Nashville, TN 37203
(615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Plaintiff Gabriel Pethick*