# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3108_____ & TITLE - IN RE: _____

_____ Change Healthcare, Inc., Customer Data Security Breach Litigation _____

*Blue Cross and Blue Shield of Arizona, Inc., et al. v. Change Healthcare Practice Management Solutions, Inc., et. al.*, No. 2:25-cv-00550 (D. Ariz.);
*Capital District Physicians' Health Plan, Inc., et. al. v. Change Healthcare Technologies, LLC, et. al.*, No. 1:25-cv-00233 (N.D.N.Y.).

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for  Change Healthcare Solutions, LLC , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑    This party's parent corporation(s) are listed below:

Change Healthcare Operations, LLC
**Change Healthcare Holdings,** Inc.
**Change Healthcare Intermediate Holdings,** Inc.
Change Healthcare Performance, Inc.
**Change Healthcare** Holdings, LLC
Change Healthcare Intermediate Holdings, LLC
Change Healthcare LLC
**Change Healthcare Holdco Inc.**
**Change Healthcare Inc.**
**PF2 IP LLC**
**PF2 PST Services LLC**
**UnitedHealth Group Incorporated**

/s/ Allison M. Ryan_____        Hogan Lovells US LLP_____
Signature of Attorney                              Name of Firm

555 13th St NW_____        Washington, DC 20004_____
Address                                                 City/State/Zip Code

Date  March 20, 2025_____

**Instructions:**

_____

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.