**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

**PROOF OF SERVICE**

I hereby certify that on this 20th day of March, 2025, the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent by electronic mail to parties as indicated below.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants Change Healthcare Solutions, LLC*

**SERVICE LIST**

| *Blue Cross and Blue Shield of Arizona, Inc., et al. v. Change Healthcare Practice Management Solutions, Inc., et al.*, **No. 2:25-cv-00550 (D. Ariz.)** | |
|---|---|
| *Counsel for Plaintiffs Blue Cross and Blue Shield of Arizona, Inc. and Health Choice Arizona, Inc.*<br><br>Keith Beauchamp<br>Marvin C. Ruth<br>Malvika A. Sinha<br>Kelleen Mull<br>COPPERSMITH BROCKELMAN PLC<br>2800 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004<br>Tel: (602) 381-5490<br>Fax: (602) 224-6020<br>kbeauchamp@cblawyers.com<br>mruth@cblawyers.com<br>msinha@cblawyers.com<br>kmull@cblawyers.com | (via E-mail) |
| *Capital District Physicians' Health Plan, Inc., et al. v. Change Healthcare Technologies, LLC, et al.*, **No. 1:25-cv-00233 (N.D.N.Y.)** | |
| *Counsel for Plaintiffs Capital District Physicians' Health Plan, Inc. and CDPHP Universal Benefits, Inc.*<br><br>Andrew Hunt<br>Kenneth Todd Levine<br>DE LUCA LEVINE, LLC<br>301 E. Germantown Pike - 3rd Floor<br>East Norriton, PA 19401<br>Tel: (215) 383-0081<br>Fax: (215)-383-0082<br>ahunt@delucalevine.com<br>klevine@delucalevine.com | (via E-mail) |