**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| In re: Change Healthcare, Inc., Customer | § | MDL No. 3108 |
| Data Security Breach Litigation | § | |
| | § | |
| | § | |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-15)**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Nomi Health respectfully submits this Notice of Opposition to Conditional Transfer Order (CTO-15) as it relates to the case of *Nomi Health, Inc. v. Change Healthcare Solutions, LLC et. al*, No. 1:25-cv-01559 (N.D. Georgia).

April 2, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP


*/s/ Stephen Q. Wood*

Stephen Q. Wood
Nathan Archibald (*pro hac vice forthcoming*)
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
stephenwood@quinnemanuel.com
nathanarchibald@quinnemanuel.com
Telephone: (801) 515-7300
Facsimile: (801) 515-7400

Robin L. McGrath
Pranav Lokin
1200 Abernathy Road NE
Building 600, Suite 1500
Atlanta, GA 30328
robinmcgrath@quinnemanuel.com
pranavlokin@quinnemanuel.com
Telephone: (770) 336-8733
Facsimile: (404) 681-8290
*Attorneys for Plaintiff Nomi Health, Inc.*

2

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-15) were served electronically via ECF on April 2, 2025.

April 2, 2025

Respectfully submitted,

*/s/ Stephen Q. Wood*
Stephen Q. Wood
Nathan Archibald
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
stephenwood@quinnemanuel.com
nathanarchibald@quinnemanuel.com
Telephone: (801) 515-7300
Facsimile: (801) 515-7400

*Attorney for Plaintiff Nomi Health, Inc.*