# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

IN RE: CHANGE HEALTHCARE, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION.

**MDL No. 3108**

### NOTICE OF OPPOSITION TO CTO-17

The undersigned represents Plaintiff *Diagnostic Imaging Alliance of Louisville, P.S.C. v. Change Healthcare Operations, LLC et al.* Cause No. 3:25-cv-00470, which is included in the Conditional Transfer Order 17. Plaintiff Diagnostic Imaging Alliance of Louisville, P.S.C. submits this opposition to the conditional transfer order. Per Rule 7.1(f) Judicial Panel on Multidistrict Litigation, 28 U.S.C. Section 1407, it is understood that the motion and brief to vacate are due in 14 days.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Craig D. Dillard*
    **Craig D. Dillard**
    Texas State Bar No. 24040808
    Craig.Dillard@nelsonmullins.com
    **Jason Sharp**
    Texas State Bar No. 24039170
    Jason.Sharp@nelsonmullins.com
    **Kiara C. Gradney**
    Texas State Bar No. 24097754
    Kiara.Gradney@nelsonmullins.com
    1111 Bagby Street, Suite 2100
    Houston, Texas 77002
    Telephone:  346-646-6670
    Facsimile:  346-241-375

    **Carson W. King**
    Tennessee State Bar No. 034305
    Carson.King@nelsonmullins.com
    1222 Demonbreun Street, Suite 1700

4909-7669-4333

2

Nashville, TN 37203
Phone: (615) 664-5388
Fax: (615) 664-5399

**ATTORNEYS FOR PLAINTIFF**