**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

<table>
<tr>
<td>

**IN RE: CHANGE HEALTHCARE,
INC., CUSTOMER DATA SECURITY
BREACH LITIGATION**

This document related to:
*Diagnostic Imaging Alliance of Louisville,
P.S.C. v. Change Healthcare Operations, LLC
et al.* Cause No. TNM/3:25-cv-00470
</td>
<td>

**MDL No. 3108**
</td>
</tr>
</table>

**PLAINTIFF DIAGNOSTIC IMAGING ALLIANCE OF LOUISVILLE, P.S.C.'S
MOTION TO VACATE
<u>CONDITIONAL TRANSFER ORDER 17 (CTO-17)</u>**

Pursuant to Rule 7.1(f) and Rule 10.1(b)(iii) of the Judicial Panel on Multidistrict Litigation, 28 U.S.C. § 1407(a), Plaintiff Diagnostic Imaging Alliance of Louisville, P.S.C. files this Motion to Vacate Conditional Transfer Order 17 ("CTO-17") issued on April 30, 2025 as it pertains to *Diagnostic Imaging Alliance of Louisville, P.S.C. v. Change Healthcare Operations, LLC et al.*, No. 3:25-cv-00470 (M.D. Tenn., filed April 25, 2025) (the "Motion").

Dated: May 27, 2025                    Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Craig D. Dillard*
    **Craig D. Dillard**
    Texas State Bar No. 24040808
    Craig.Dillard@nelsonmullins.com
    **Jason Sharp**
    Texas State Bar No. 24039170
    Jason.Sharp@nelsonmullins.com
    **Kiara C. Gradney**
    Texas State Bar No. 24097754
    Kiara.Gradney@nelsonmullins.com

1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone:  346-646-6670
Facsimile:  346-241-375

**Carson W. King**
Tennessee State Bar No. 034305
Carson.King@nelsonmullins.com
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5388
Fax: (615) 664-5399

**ATTORNEYS FOR PLAINTIFF**

4903-6118-2781 v.1