<table>
<tr><td>

**IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

This document related to:
*Diagnostic Imaging Alliance of Louisville, P.S.C. v. Change Healthcare Operations, LLC et al.* Cause No. TNM/3:25-cv-00470

</td><td>

**MDL No. 3108**

</td></tr>
</table>

## PROOF OF SERVICE

I hereby certify that on this 27th day of May, 2025, the foregoing Plaintiff Diagnostic Imaging Alliance of Louisville, P.S.C.'s Motion to Vacate of Conditional Transfer Order 17 (CTO-17) and Memorandum in Support of Plaintiff Diagnostic Imaging Alliance of Louisville, P.S.C.'s Motion to Vacate of Conditional Transfer Order 17 (CTO-17) were filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: May 27, 2025

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Craig D. Dillard*
   **Craig D. Dillard**
   Texas State Bar No. 24040808
   Craig.Dillard@nelsonmullins.com
   **Jason Sharp**
   Texas State Bar No. 24039170
   Jason.Sharp@nelsonmullins.com
   **Kiara C. Gradney**
   Texas State Bar No. 24097754
   Kiara.Gradney@nelsonmullins.com
   1111 Bagby Street, Suite 2100
   Houston, Texas 77002
   Telephone:  346-646-6670
   Facsimile:  346-241-375

   **Carson W. King**
   Tennessee State Bar No. 034305
   Carson.King@nelsonmullins.com

10

1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5388
Fax: (615) 664-5399

**ATTORNEYS FOR PLAINTIFF**

**SERVICE LIST**

| ***Diagnostic Imaging Alliance of Louisville, P.S.C. v. Change Healthcare Operations, LLC, et al.*, TNM/3:25-cv-00470 (M.D. Tenn.)** | |
| --- | --- |
| *Counsel for Defendants Change Healthcare Operations, LLC and Change Healthcare Solutions, LLC*<br><br>Allison M. Ryan<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, D.C. 20004<br>T. (202) 637-5600<br>F. (202) 637- 910<br>allison.holt-ryan@hoganlovells.com | (via E-mail) |

11