BUCHALTER
A Professional Corporation
ANDREW H. SELESNICK (SBN: 160516)
PHILIP A. SCARBOROUGH (SBN: 254934)
1000 Wilshire Blvd, #1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: aselesnick@buchalter.com
Email: pscarborough@buchalter.com

Attorneys for
EMERGENCY MEDICINE SPECIALISTS OF ORANGE COUNTY

**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION. | MDL No. 3108 |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-18)**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Emergency Medicine Specialists of Orange County ("EMSOC") respectfully notices its opposition to the Conditional Transfer Order ("CTO-18") as it pertains to *Emergency Medicine Specialists of Orange County v. Change Healthcare Technology Enabled Services, LLC*, No. 8:25-cv-01065-JWH-KES (C.D. Cal.) (removed from the Superior Court of California, County of Orange, on May 15, 2025). EMSOC will file a motion to vacate CTO-18 in accordance with Rule 7.1(f) and any briefing schedule set by the Panel.

DATED: May 28, 2025                    BUCHALTER

A Professional Corporation

By: */s/ Philip A. Scarborough*
        ANDREW H. SELESNICK
        PHILIP A. SCARBOROUGH

        Attorneys for Plaintiff
EMERGENCY MEDICINE SPECIALISTS OF
        ORANGE COUNTY

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

1
**NOTICE OF OPPOSITION TO CTO-18**