BUCHALTER
A Professional Corporation
ANDREW H. SELESNICK (SBN: 160516)
PHILIP A. SCARBOROUGH (SBN: 254934)
1000 Wilshire Blvd, #1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: aselesnick@buchalter.com
Email: pscarborough@buchalter.com

Attorneys for
EMERGENCY MEDICINE SPECIALISTS OF ORANGE COUNTY

## BEFORE THE UNITED STATES JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

IN RE: CHANGE HEALTHCARE, INC.,
CUSTOMER DATA SECURITY BREACH
LITIGATION.

MDL No. 3108

### PROOF OF SERVICE

I hereby certify that on this 28th day of May, 2025, the foregoing Notice of Opposition to Conditional Transfer Order (CTO-18) was filed electronically with the Clerk of the Panel and served upon all counsel of record by this Court's CM/ECF system, and that copies will also be sent to parties as indicated below.

DATED: May 28, 2025

BUCHALTER

A Professional Corporation

By: /s/ Philip A. Scarborough
ANDREW H. SELESNICK
PHILIP A. SCARBOROUGH

Attorneys for Plaintiff
EMERGENCY MEDICINE SPECIALISTS OF
ORANGE COUNTY

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

1
**PROOF OF SERVICE**

## SERVICE LIST

| *Emergency Medicine Specialists of Orange County v. Change Healthcare Technology Enabled Services, LLC*, 8:25-cv-01065 (C.D. Cal.) | |
|---|---|
| *Counsel for Defendant Change Healthcare Technology Enabled Services, LLC*<br><br>Allison M. Ryan<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>T: (202) 637-5600<br>F: (202) 637-5910<br>allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>T: (310) 785-4600<br>F: (310) 785-4601<br>vassi.iliadis@hoganlovells.com<br><br>David Willner<br>HOGAN LOVELLS US LLP<br>2 North Cascade Avenue, Suite 1300<br>Colorado Springs, CO  80903<br>T: (719) 448-5918<br>F: (719) 448-5922<br>david.willner@hoganlovells.com | Via e-mail |