MINA HAKAKIAN (SBN 237666)
**HAKAKIAN WILLIAMS LAW GROUP**
**PC** 1541 Westwood Blvd., Second Floor
Los Angeles, California 90024
Tel.: (310) 982-2733
Email: mhahakian@hwlgpc.com

Attorneys for Plaintiffs
PATH MD., INC. and
SPECIALIZED UNIVERSITY
PATHOLOGISTS, INC.

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3108 |

**<u>NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO – 30)</u>**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Path MD., Inc. and Specialized University Pathologists, Inc. (collectively, "Plaintiffs") respectfully notify the Panel of their opposition to the Conditional Transfer Order ("CTO – 30") as it pertains to the action captioned as *Path MD, Inc. and Specialized University Pathologists, Inc. v. Optum, Inc.,* No. 2:26-cv-01105-E (C.D. Cal.).  Plaintiffs will file a motion to vacate CTO – 30 in accordance with Rule 7.1(f) and any briefing schedule that is set by this Panel.

DATED: February 18, 2026

By: /s/ *Mina Hakakian*

MINA HAKAKIAN
Hakakian Williams Law Group PC
Attorneys for Plaintiffs
Path MD., Inc., and
Specialized University Pathologists, Inc.