MINA HAKAKIAN (SBN 237666)
**HAKAKIAN WILLIAMS LAW GROUP PC**
1541 Westwood Blvd., Second Floor
Los Angeles, California 90024
Tel.: (310) 982-2733
Email: mhakakian@hwlgpc.com

Attorneys for Plaintiffs
PATH MD., INC. and
SPECIALIZED UNIVERSITY
PATHOLOGISTS, INC.

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3108 |

## PROOF OF SERVICE

I certify that on February 18, 2026, the foregoing Notice of Opposition to Conditional Transfer Order (CTO – 30) was filed electronically with the Clerk of the Panel and served on all counsel of record via the Court's CM/ECF system, and that copies will also be served on the parties listed below as indicated.

DATED: February 18, 2026

By: /s/ *Mina Hakakian*

MINA HAKAKIAN
Hakakian Williams Law Group PC
Attorneys for Plaintiffs
Path MD., Inc. and
Specialized University Pathologists, Inc.

- 1 -
**PROOF OF SERVICE**

## SERVICE LIST

| Path MD, Inc. and Specialized University Pathologists, Inc. v. Optum, Inc., |
|---|

| *Counsel for Defendant Optum, Inc.*<br><br>**HOGAN LOVELLS US LLP**<br>Allison M. Ryan<br>555 13th Street NW<br>Washington, D.C. 20004<br>T. (202) 637-5600<br>F. (202) 637-5910<br>allison.holt-ryan@hoganlovells.com | Via e-mail |

**PROOF OF SERVICE**