MINA HAKAKIAN (SBN 237666)
**HAKAKIAN WILLIAMS LAW GROUP PC**
1541 Westwood Blvd., Second Floor
Los Angeles, California 90024
Tel.: (310) 982-2733


Attorneys for Plaintiffs,
PATH MD., INC. and
SPECIALIZED UNIVERSITY
PATHOLOGISTS, INC.

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3108 |

**<u>MOTION OF PLAINTIFFS PATH MD., INC. AND SPECIALIZED UNIVERSITY</u>**

**<u>PATHOLOGISTS, INC. TO VACATE CONDITIONAL TRANSFER ORDER (CTO – 30)</u>**

Pursuant to Rules 6.1, 7.1, and 10.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and 28 U.S.C. § 1407, Plaintiffs Path MD, Inc. and Specialized University Pathologists, Inc. (collectively, "Plaintiffs") submit this Motion to Vacate Conditional Transfer Order.  On February 11, 2026, the Panel issued CTO – 30 with respect to the underlying case: *Path MD, Inc. and Specialized University Pathologists, Inc. v. Optum, Inc.,* No. 2:26-cv-01105-E (C.D. Cal.) (the "*Path MD* Action"). This Motion to Vacate is based on the accompanying brief, the entire record of the Action, and such other evidence or matters as the Panel may consider.

Respectfully submitted,

DATED: February 18, 2026

By: /s/ *Mina Hakakian*

MINA HAKAKIAN
Hakakian Williams Law Group PC
Attorneys for Plaintiffs Path MD., Inc. and
Specialized University Pathologists, Inc.

- 1 -
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO – 30)**