**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## SCHEDULE OF ACTION

| Case Caption | Parties | District | Civil Action No. | Judge |
|---|---|---|---|---|
| *Path MD, Inc. and Specialized University Pathologists, Inc. v. Optum, Inc.* | **Plaintiff:** Path MD, Inc. and University Pathologists, Inc. **Defendant:** Optum, Inc. | C.D. Cal. | 2:26-cv-01105-E | Hon. Charles F. Eick |