UNITED STATES DISTRICT PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3108<br><br>*Benefit Source Inc. v. Optum Inc.*, D. South Carolina, C.A. No. 6:26-327 |

NOTICE OF OPPOSITION TO CTP NO. 29

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiff BSI Companies hereby files this Notice of Opposition to docket number 29. Plaintiff respectfully requests that the Court file this Notice and allow Plaintiff an opportunity to oppose the Conditional Transfer Order in matter Benefit Source Inc. v. Optum Inc., D. South Carolina, C.A. No. 6:26-327.

Respectfully Submitted,

**ANTHONY LAW, LLC**

 s/Jay Anthony
K. Jay Anthony, Federal Bar No.: 10870
650 E. Washington Street
Greenville, S.C.  29601
864.301.8141 (phone)
864.203.8877 (fax)
janthony@anthonylawsc.com

**ATTORNEY FOR PLAINTIFF**

February 23, 2026
Greenville, South Carolina

1

UNITED STATES DISTRICT PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3108 |
| | **PROOF OF SERVICE** |

I hereby certify that on this 23rd day of February, 2026, the foregoing Notice of Opposition was filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system.

Respectfully Submitted,

**ANTHONY LAW, LLC**

_s/Jay Anthony_____
K. Jay Anthony, Federal Bar No.: 10870
650 E. Washington Street
Greenville, S.C.  29601
864.301.8141 (phone)
864.203.8877 (fax)
janthony@anthonylawsc.com

**ATTORNEY FOR PLAINTIFF**

February 23, 2026
Greenville, South Carolina

1