MINA HAKAKIAN (SBN 237666)
**HAKAKIAN WILLIAMS LAW GROUP PC**
1541 Westwood Blvd., Second Floor
Los Angeles, California 90024
Tel.: (310) 982-2733

Attorneys for Plaintiffs
PATH MD., INC. and
SPECIALIZED UNIVERSITY
PATHOLOGISTS, INC.

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3108 |

**<u>PROOF OF SERVICE</u>**

I certify that on February 26, 2026, the foregoing Notice of Appearance of Mina Hakakian was filed electronically with the Clerk of the Panel and served on all counsel of record via the Court's CM/ECF system, and that copies will also be served on the parties listed below as indicated.

DATED: February 26, 2026,                By: <u>/s/ *Mina Hakakian*</u>

MINA HAKAKIAN
Hakakian Williams Law Group PC
Attorneys for Plaintiffs
Path MD., Inc. and
Specialized University Pathologists, Inc.

- 1 -
**PROOF OF SERVICE**

## <u>SERVICE LIST</u>

<u>Path MD, Inc. and Specialized University Pathologists, Inc. v. Optum, Inc.,</u>

| *Counsel for Defendant Optum, Inc.* | Via e-mail |
|---|---|
| **HOGAN LOVELLS US LLP**<br>Allison M. Ryan<br>555 13th Street NW<br>Washington, D.C. 20004<br>T. (202) 637-5600<br>F. (202) 637-5910 | |

- 2 -
**PROOF OF SERVICE**