UNITED STATES DISTRICT PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3108<br>*Benefit Source Inc. v. Optum Inc., District South Carolina C.A. No 6:26-327*<br><br>**MOTION TO VACATE TRANSFER AND REMAND** |

Pursuant to Rules 6.1, 7.1, and 10.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and 28 U.S.C. § 1407, Plaintiff Benefit Source, Inc., d/b/a BSi Companies (hereinafter "Plaintiff" or "BSi") submits this Motion to Vacate the Conditional Transfer Order entered on February 9, 2026 (CTO-29).  This order transferred the matter of *Benefit Source, Inc. v. Optum, Inc.*, filed by BSi in the District Court of South Carolina (6:26-cv-00327-DCC) (the "BSI Action").

As explained further in the brief, the BSI Action is not a typical data breach case but is instead a contractual and business dispute relating to the unique facts and circumstances of BSI.  The goals of the JPML of efficiency and justice are therefore not served by inclusion of the BSI Action in the MDL and there would be delay and prejudice to BSI as a result.  BSi therefore respectfully requests that the Court vacate the CTO and allow the litigation to proceed in the local district.

Respectfully Submitted,


**ANTHONY LAW, LLC**

_s/Jay Anthony_____
K. Jay Anthony, Federal Bar No.: 10870
650 E. Washington Street
Greenville, S.C.  29601
864.301.8141 (phone)
864.203.8877 (fax)
janthony@anthonylawsc.com


1

**ATTORNEY FOR PLAINTIFF**

March 9, 2026
Greenville, South Carolina