# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

CHANGE HEALTHCARE, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION
Benefit Source Inc vs. Optum Inc
6:26- 327

MDL - 3108

## PLAINTIFF(S)' SCHEDULE OF ACTIONS

| CAPTION AND PARTIES (list all plaintiffs v. all defendants) | DISTRICT /DIVISION | CASE NUMBER | JUDGE |
|---|---|---|---|
| Benefit Source Inc vs. Optum Inc | South Carolina - Greenville Division | 6:26-327 | Judge Coggins |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Signed this 9th day of _____ M arc h _____, 2026.

Signature of Party _____

Mailing Address    650 E Washington Street _____

Greenville SC 29601 _____

_____

Telephone Number    ( 86 4) 018 14 _____