UNITED STATES DISTRICT PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3108 |
| | *Benefit Source Inc. v. Optum Inc., District South Carolina C.A. No 6:26-327* |
| | **PROOF OF SERVICE** |

I hereby certify that on this 9th day of March, 2026, the foregoing Notice of Appearance, Corporate Disclosure, Motion and Brief to Vacate Conditional Transfer Order were filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system.

Respectfully Submitted,

**ANTHONY LAW, LLC**

 s/Jay Anthony
K. Jay Anthony, Federal Bar No.: 10870
650 E. Washington Street
Greenville, S.C.  29601
864.301.8141 (phone)
864.203.8877 (fax)
janthony@anthonylawsc.com

**ATTORNEY FOR PLAINTIFF**

March 9, 2026
Greenville, South Carolina

1