UNITED STATES DISTRICT PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3108 |
| | **AFFIDAVIT OF BOB HARLING** |

PERSONALLY APPEARED BEFORE ME, Bob Harling, who first being duly sworn, deposes and says as follows:

1.     I am a citizen and resident of Greenville County, South Carolina and am the Board Chairman of BSi Companies, Inc., the Plaintiff in this matter.

2.     Despite the issues with the loss of services, including VCS Services, Optum has pressed us repeatedly to pay the sum of $109,665.96, all of which is based on the Contract which is the subject of the Complaint in this matter.  Optum has threatened to pursue the alleged debt and this matter must necessarily be litigated as part of this action.

3.     While we make claims based on all services lost under the Contract, the primary harm to BSi is in the loss of VCS Services, which deprived BSi of substantial revenue.

4.     This lawsuit is based on services which Optum failed to provide BSi under the Contract.

_____
Bob Harling

Sworn to and subscribed before me
March 9, 2026

_____
Notary for South Carolina
My Commission Expires: July 1, 2031

1