**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Change Healthcare Inc., UnitedHealth Group Incorporated, and Optum, Inc. hereby provide notice of the potential tag-along action listed on the attached Schedule of Action. The docket sheet and complaint for the related action are attached hereto as Exhibit 1.

M.D. Tenn.

*Travelers Casualty and Surety Company of America v. Change Healthcare, Inc., UnitedHealth Group Incorporated, and Optum, Inc.,* 3:26-cv-00224 (M.D. Tenn.).

Dated: March 12, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants Change Healthcare Inc., UnitedHealth Group Incorporated, and Optum, Inc.*