**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Optum Pay, and Change Healthcare Technology Enabled Services, LLC hereby provide notice of the potential tag-along action listed on the attached Schedule of Actions. The docket sheets and complaints for the related actions are attached hereto as Exhibits 1-7 as noted below:

| Exhibit No. | Court | Case Style |
|---|---|---|
| 1 | M.D. Tennessee | *Advanced Billing Consultants, Inc. v. Change Healthcare, Inc.,* No. 3:26-cv-00338 (M.D. Tenn.) |
| 2 | M.D. Tennessee | *Alamance Eye Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00344 (M.D. Tenn.) |
| 3 | M.D. Tennessee | *DentFirst, P.C. v. Change Healthcare, Inc.,* No. 3:26-cv-00339 (M.D. Tenn.) |
| 4 | M.D. Tennessee | *Dexios Corporation v. Change Healthcare Inc.,* No. 3:26-cv-00340 (M.D. Tenn.) |
| 5 | N.D. Ohio Western Division | *Firelands Regional Medical Center, The Wellife, LLC, and Julie A. Johnson LPCC, LLC v. United Health Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy* |

2

| Exhibit No. | Court | Case Style |
|---|---|---|
| | | *Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, and Optum Pay,* No. 3:26-cv-00699 (N.D. Ohio) |
| 6 | W.D. Kentucky Paducah Division | *Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC,* No. 5:26-cv-00081-BJB (W.D. Ky.) |
| 7 | M.D. Tennessee | *Reus Services Valued Professionals, Inc. v. Change Healthcare Inc.,* No. 3:26-cv-00337 (M.D. Tenn.) |

Dated: March 25, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants*