**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## PROOF OF SERVICE

I hereby certify that on this 25th day of March, 2026, the foregoing Notice of Potential Tag-Along Actions was filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendants*

**SERVICE LIST**

| Counsel Served | Method of Service |
|---|---|
| ***Advanced Billing Consultants, Inc. v. Change Healthcare Inc.*** | |
| *Counsel for Plaintiff, Advanced Billing Consultants, Inc.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Alamance Eye Center, P.A. v. Change Healthcare, Inc.*** | |
| *Counsel for Plaintiff Alamance Eye Center, P.A.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Matthew Sill<br>Tara Tabatabaie | **(Via E-Mail)** |

| Counsel Served | Method of Service |
|---|---|
| Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Avenue, Suite 102<br>Oklahoma City, Oklahoma 73103<br>T. (405) 509-6300<br>F. (800) 978-1345<br>msill@fulmersill.com<br>ttabatabaie@fulmersill.com<br>dflowers@fulmersill.com<br><br>Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com | |
| ***DentFirst, P.C. v. Change Healthcare Inc.*** | |
| *Counsel for Plaintiff DentFirst, P.C.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Avenue, Suite 102<br>Oklahoma City, Oklahoma 73103<br>T. (405) 509-6300<br>F. (800) 978-1345<br>msill@fulmersill.com<br>ttabatabaie@fulmersill.com<br>dflowers@fulmersill.com | **(Via E-Mail)** |

| Counsel Served | Method of Service |
|---|---|
| Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com | |
| *Dexios Corporation v. Change Healthcare Inc.* | |
| *Counsel for Plaintiff Dexios Corporation*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | **(Via E-Mail)** |
| *Firelands Regional Medical Center, et al. v. UnitedHealth Group Incorporated, et al.* | |
| *Counsel for Plaintiffs Firelands Regional Medical Center, The Wellife, LLC, and Julie A. Johnson LPCC, LLC*<br><br>Mark Troutman<br>**GIBBS MURA LLP**<br>Ohio Bar No. 0076390 | (Via E-Mail) |

| Counsel Served | Method of Service |
|---|---|
| 1554 Polaris Parkway, Suite 325<br>Columbus, Ohio 43240<br>T. (614) 908-4081<br>F. (510) 350-9701<br>mht@classlawgroup.com<br><br>David Berger<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>T. (510) 350-9713<br>dmb@classlawgroup.com<br><br>E. Michelle Drake<br>**BERGER MONTAGUE**<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>T. (612) 594-5933<br>emdrake@bm.net | |
| ***Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC.*** | |
| *Counsel for Plaintiff Radiology Group of Paducah, PSC*<br><br>Shaina D. Massie<br>Owen A. Reynolds<br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>949 Third Avenue, Suite 200<br>Huntington, West Virginia 25701<br>T. (304) 526-3500<br>F. (304) 526-3599<br>shaina.massie@nelsonmullins.com<br>owen.reynolds@nelsonmullins.com<br><br>Craig D. Dillard<br>Jason P. Sharp<br>Kiara C Gradney<br>**NELSON MULLNS RILEY & SCARBOROUGH LLP**<br>1111 Bagby Street, Suite 2100<br>Houston, Texas 77002<br>T. (346) 646-6670<br>F. (346) 241-3758 | (Via E-Mail) |

5

| Counsel Served | Method of Service |
|---|---|
| Craig.Dillard@nelsonmullins.com<br>Jason.Sharp@nelsonmullins.com<br>Kiara.Gradney@nelsonmullins.com | |
| ***Reus Services Valued Professionals, Inc. v. Change Healthcare Inc.*** | |
| *Counsel for Plaintiff Reus Services Valued Professionals, Inc.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via -Email) |