**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY LITIGATION** | **MDL No. 3108** |

## NOTICE OF OPPOSITION (CTO-36)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, plaintiffs Alamance Eye Center, P.A. and DentFirst, P.C. oppose the transfer of actions listed on the attached schedule of actions as it relates to this conditional transfer order (CTO-36).

**DATED:** This 6th day of April 2026.          Respectfully Submitted,

By: */s/ Matthew J. Sill*
Matthew J. Sill
Tara Tabatabaie
Dimitri Flowers
SILL LAW GROUP, PLLC
14005 N. Eastern Avenue
Edmond, Oklahoma 73013
Telephone: (405) 509-6300
Facsimile: (405) 509-6268
msill@fulmersill.com
ttabatabaie@fulmersill.com
dflowers@fulmersill.com

*Attorneys for Plaintiffs Alamance Eye Center, PA and DentFirst, PC*