**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

**NOTICE OF OPPOSITION (CTO-36)**

**Schedule of Actions**

| | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| 1. | Alamance Eye Center, P.A. | Change Healthcare, Inc. | M.D. Tenn | 3:26-cv-00344 | Judge Eli J. Richardson |
| 2. | DentFirst, P.C. | Change Healthcare, Inc. | M.D. Tenn | 3:26-cv-00339 | Judge Eli J. Richardson |