**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2026, the foregoing Notice of Opposition (CTO-36) was filed electronically with the Clerk and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent to parties via email as indicated below.

DATED: April 6, 2026                    Respectfully submitted,

                                        By: /s/ Matthew J. Sill
                                        Matthew J. Sill
                                        Tara Tabatabaie
                                        Dimitri Flowers
                                        SILL LAW GROUP, PLLC
                                        14005 N. Eastern Avenue
                                        Edmond, Oklahoma 73013
                                        Telephone: (405) 509-6300
                                        Facsimile: (405) 509-6268
                                        msill@fulmersill.com
                                        ttabatabaie@fulmersill.com
                                        dflowers@fulmersill.com

                                        *Attorneys for Plaintiffs Alamance Eye Center, PA and DentFirst, PC*

1

| Service List | |
| --- | --- |
| **Counsel Served** | **Method of Service** |
| ***Alamance Eye Center, P.A. v. Change Healthcare, Inc.*** | |
| *Counsel for Plaintiff Alamance Eye Center, P.A.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | Via Email |
| Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com | Via Email |
| ***DentFirst, P.C. v. Change Healthcare Inc.*** | |
| *Counsel for Plaintiff DentFirst, P.C.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | Via Email |
| Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005 | Via Email |

| Service List | |
|---|---|
| **Counsel Served** | **Method of Service** |
| jacob@mndlawfirm.com<br>andy@mndlawfirm.com | |