**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

**PROOF OF SERVICE**

I hereby certify that on this 12th day of May, 2026, the foregoing Defendants' Brief in Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-36) was filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: May 12, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*

Allison M. Ryan
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com

*Counsel for Defendant Change Healthcare Inc.*

**SERVICE LIST**

| Counsel Served | Method of Service |
|---|---|
| ***Advanced Billing Consultants, Inc. v. Change Healthcare Inc.*, Case No. 3:26-cv-00338 (M.D. Tenn.)** | |
| *Counsel for Plaintiff, Advanced Billing Consultants, Inc.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Alamance Eye Center, P.A. v. Change Healthcare, Inc.*, Case No. 3:26-cv-00344 (M.D. Tenn.)** | |
| *Counsel for Plaintiff Alamance Eye Center, P.A.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Matthew Sill | (Via E-Mail) |

| Counsel Served | Method of Service |
|---|---|
| Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Avenue, Suite 102<br>Oklahoma City, Oklahoma 73103<br>T. (405) 509-6300<br>F. (800) 978-1345<br>msill@fulmersill.com<br>ttabatabaie@fulmersill.com<br>dflowers@fulmersill.com<br><br>Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com | |
| ***DentFirst, P.C. v. Change Healthcare Inc.,*** **Case No. 3:26-cv-00339 (M.D. Tenn.)** | |
| *Counsel for Plaintiff DentFirst, P.C.*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Avenue, Suite 102<br>Oklahoma City, Oklahoma 73103<br>T. (405) 509-6300<br>F. (800) 978-1345<br>msill@fulmersill.com<br>ttabatabaie@fulmersill.com<br>dflowers@fulmersill.com | <br><br>(Via E-Mail) |

<table>
<tr><th>Counsel Served</th><th>Method of Service</th></tr>
<tr><td>Jacob Diesselhorst<br>Andy Campbell<br>MAPLES NIX & DIESSELHORST<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com</td><td></td></tr>
<tr><td colspan="2">Dexios Corporation v. Change Healthcare Inc., Case No. 3:26-cv-00340 (M.D. Tenn.)</td></tr>
<tr><td>Counsel for Plaintiff Dexios Corporation<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>STRANCH, JENNINGS & GARVEY, PLLC<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>LAW OFFICE OF TRACY HOUCK, LLC<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>TOOKE LAW, LLC<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com</td><td>(Via E-Mail)</td></tr>
<tr><td colspan="2">Reus Services Valued Professionals, Inc. v. Change Healthcare Inc., Case No. 3:26-cv-00337 (M.D. Tenn.)</td></tr>
<tr><td>Counsel for Plaintiff Reus Services Valued Professionals, Inc.<br><br>J. Gerard Stranch, IV<br>Grayson Wells</td><td>(Via -Email)</td></tr>
</table>

| Counsel Served | Method of Service |
|---|---|
| **STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | |