**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**As it relates to:**<br><br>***Reus Services Valued Professionals, Inc. v. Change Healthcare, Inc.*, No. 3:26-cv-00337, (M.D. Tenn.);**<br>***Advanced Billing Consultants, Inc. v. Change Healthcare, Inc.*, No. 3:26-cv-00338 (M.D. Tenn.);**<br>***Dentfirst, P.C. v. Change Healthcare, Inc.*, No. 3:26-cv-00339 (M.D. Tenn.);**<br>***Dexios Corporation v. Change Healthcare, Inc.*, M.D. Tenn, No 3:26-cv-00340 (M.D. Tenn.); and**<br>***Alamance Eye Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00344 (M.D. Tenn.).** | **MDL No. 3108** |

**PROOF OF SERVICE**

I hereby certify that on this 19th day of May, 2026, the foregoing Plaintiffs' Reus Service Valued Professionals, Inc.; Advanced Billing Consultants, Inc.; Dentfirst, P.C.; Dexios Corporation; and Alamance Eye Center, P.A. Reply in Support of Motion to Vacate Transfer Order were filed electronically with the Panel and served upon all counsel of record by this Court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: May 19, 2026

Respectfully Submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

*/s/ Matthew Sill*
Matthew Sill
**SILL LAW GROUP, PLLC**
14005 N. Eastern Avenue
Edmund, Oklahoma 73013
Tel: (405) 509-6300
Fax: (800) 978-1345
msill@fulmersill.com

*Attorneys for Reus Services Valued Professionals, Inc., Advanced Billing Consultants, Inc., Dentfirst, P.C., Dexios Corporation, and Alamance Eye Center, P.A*

**SERVICE LIST**

| ***Reus Services Valued Professionals, Inc. v. Change Healthcare, Inc.*, No. 3:26-cv-00337, (M.D. Tenn.)** | |
|---|---|
| Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>(310) 785-4640<br>Fax: Pro Hac Vice<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck | **Via E-Mail** |

| | |
|---|---|
| **LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Reus Services Valued Professionals, Inc.* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***Advanced Billing Consultants, Inc. v. Change Healthcare, Inc.*, No. 3:26-cv-00338 (M.D. Tenn.)** | |
| Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071 | **Via E-Mail** |

| | |
|---|---|
| (310) 785-4640<br>Fax: Pro Hac Vice<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Advanced Billing Consultants, Inc.*<br><br>Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Via U.S. Mail** |
| ***Dentfirst, P.C. v. Change Healthcare, Inc.*, No. 3:26-cv-00339 (M.D. Tenn.)** | |
| Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com | **Via E-Mail** |

<table>
<tr><td>Vassi Iliadis<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>(310) 785-4640<br>Fax: Pro Hac Vice<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br>Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, Oklahoma 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br><br>*Co-Counsel for Plaintiff Dentfirst, P.C.*<br><br>Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203</td><td><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Via U.S. Mail**</td></tr>
<tr><td colspan="2">***Dexios Corporation v. Change Healthcare, Inc.*, M.D. Tenn, No 3:26-cv-00340 (M.D. Tenn.)**</td></tr>
<tr><td>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-6404</td><td>**Via E-Mail**</td></tr>
</table>

| | |
|---|---|
| Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>(310) 785-4640<br>Fax: Pro Hac Vice<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Dexios Corporation* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and<br>Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***Alamance Eye Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00344 (M.D. Tenn.)** | |

| | |
|---|---|
| Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>(310) 785-4640<br>Fax: Pro Hac Vice<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, Oklahoma 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br><br>*Co-Counsel for Plaintiff Dentfirst, P.C.* | **Via E-Mail** |

| | |
|---|---|
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |