**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Change Healthcare Inc. hereby provides notice of the potential tag-along actions listed on the attached Schedule of Actions. The court docket sheets and complaints for the related actions are attached hereto as Exhibits 1-7 as noted below:

| Exhibit No. | Court | Case Style |
|---|---|---|
| 1 | M.D. Tennessee Nashville Division | *The Auctus Group, LLC  v. Change Healthcare  Inc.,* No. 3:26-cv-00939 (M.D. Tenn.) |
| 2 | M.D. Tennessee Nashville Division | *Family Care Medical Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00933 (M.D. Tenn.) |
| 3 | M.D. Tennessee Nashville Division | *Healthcare Administrative, LLC v. Change Healthcare, Inc.,* No. 3:26-cv-00934 (M.D. Tenn.) |
| 4 | M.D. Tennessee Nashville Division | *Lutze Consulting, LLC v. Change Healthcare Inc.,* No. 3:26-cv-00935  (M.D. Tenn.) |
| 5 | M.D. Tennessee Nashville Division | *Mind Over Matters, PLLC v. Change Healthcare Inc.,* No. 3:26-cv-00936 (M.D. Tenn.) |
| 6 | M.D. Tennessee Nashville Division | *Red House Medical Billing MI LLC v. Change Healthcare Inc.,* No. 3:26-cv-00937 (M.D. Tenn.) |
| 7 | M.D. Tennessee Nashville Division | *Surgical Recovery Solutions, LLC v. Change Healthcare Inc.*, No. 3:26-cv-00938 (M.D. Tenn.) |

2

Dated: July 8, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
**HOGAN LOVELLS CADWALADER US LLP**
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hlc.com

*Counsel for Defendants*