**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 3108** |

## PROOF OF SERVICE

I hereby certify that on this 8th day of July, 2026, the foregoing Notice of Potential Tag-Along Actions was filed electronically with the Clerk of the Panel and served upon all counsel of record by this court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: July 8, 2026

Respectfully submitted,

*/s/ Allison M. Ryan*
Allison M. Ryan
**HOGAN LOVELLS CADWALADER US LLP**
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hlc.com

*Counsel for Defendants*

**SERVICE LIST**

| Counsel Served | Method of Service |
|---|---|
| ***The Auctus Group, LLC  v. Change Healthcare Inc.,***  No. 3:26-cv-00939 (M.D. Tenn.) | |
| *Counsel for Plaintiff, The Auctus Group, LLC*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via E-Mail) |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via E-Mail) |
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Family Care Medical Care Center, P.A.  v. Change Healthcare, Inc.,*** No. 3:26-cv-00933 (M.D. Tenn.) | |
| *Counsel for Plaintiff Family Care Medical Center, P.A.,*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via E-Mail) |

2

| Counsel Served | Method of Service |
|---|---|
| Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>**SILL LAW GROUP, PLLC**<br>1101 N. Broadway Avenue, Suite 102<br>Oklahoma City, Oklahoma 73103<br>T. (405) 509-6300<br>F. (800) 978-1345<br>msill@fulmersill.com<br>ttabatabaie@fulmersill.com<br>dflowers@fulmersill.com | (Via E-Mail) |
| Jacob Diesselhorst<br>Andy Campbell<br>**MAPLES NIX & DIESSELHORST**<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>T. (405) 478-3737<br>F. (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com | (Via E-Mail) |

*Healthcare Administrative, LLC v. Change Healthcare Inc.*, **No. 3:26-cv-00934 (M.D. Tenn.)**

| | |
|---|---|
| *Counsel for Plaintiff Healthcare Administrative, LLC* | |
| J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via E-Mail) |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via E-Mail) |

3

| Counsel Served | Method of Service |
|---|---|
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Lutze Consulting, LLC v. Change Healthcare Inc.,*** **No. 3:26-cv-00935 (M.D. Tenn.)** | |
| *Counsel for Plaintiff Lutze Consulting, LLC*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via E-Mail) |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via E-Mail) |
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Mind Over Matters, PLLC v. Change Healthcare Inc.***, **No. 3:26-cv-00936 (M.D. Tenn.)** | |
| *Counsel for Plaintiff Mind Over Matters, PLLC*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801 | (Via E-Mail) |

| Counsel Served | Method of Service |
|---|---|
| gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via E-Mail) |
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via E-Mail) |
| ***Red House Medical Billing MI LLC v. Change Healthcare Inc.,* No. 3:26-cv-00937 (M.D. Tenn.)** | |
| *Counsel for Plaintiff Red House Medical Billing MI LLC*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via E-Mail) |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via E-Mail) |
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270 | (Via E-Mail) |

| Counsel Served | Method of Service |
|---|---|
| T. (318) 955-9730<br>landon@tookelaw.com | |
| **Surgical Recovery Solutions, LLC v. Change Healthcare Inc.,** No. 3:26-cv-00938 (M.D. Tenn.) | |
| *Counsel for Plaintiff Surgical Recovery Solutions, LLC*<br><br>J. Gerard Stranch, IV<br>Grayson Wells<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>233 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>T. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com | (Via -Email) |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>T. (318) 255-4066<br>F. (318) 255-8520<br>thouck@suddenlinkmail.com | (Via -Email) |
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>T. (318) 955-9730<br>landon@tookelaw.com | (Via -Email) |