**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**As it relates to:**<br><br>***Family Care Medical Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00933, (M.D. Tenn.);**<br>***Healthcare Administrative, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00934 (M.D. Tenn.);**<br>***Lutze Consulting, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00935 (M.D. Tenn.);**<br>***Mind Over Matters, PLLC v. Change Healthcare, Inc.*, No 3:26-cv-00936 (M.D. Tenn.);**<br>***Red House Medical Billing MI LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00937 (M.D. Tenn.);**<br>***Surgical Recovery Solutions, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00938 (M.D. Tenn.); and**<br>***The Auctus Group, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00939 (M.D. Tenn.).** | **MDL No. 3108** |

**PROOF OF SERVICE**

I hereby certify that on this July 31, 2026, the foregoing Plaintiffs' Motion to Vacate of Condition Transfer Order 49 (CTO-49) and Memorandum in Support were filed electronically with the Panel and served upon all counsel of record by this Court's CM/ECF system, and that copies will also be sent to parties as indicated below.

Dated: July 31, 2026

Respectfully Submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #23045)

**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

*Attorney for Family Care Medical Center, P.A., Healthcare Administrative, LLC, Lutze Consulting, LLC, Mind Over Matters, PLLC, Red House Billing MI, LLC, Surgical Recovery Solutions, LLC, The Auctus Group, LLC*

# SERVICE LIST

| *Family Care Medical Center, P.A. v. Change Healthcare, Inc.*, No. 3:26-cv-00933, (M.D. Tenn.) | |
|---|---|
| E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389)<br>Andrew W. Tao (BPR No. 41344)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Matthew Sill<br>Tara Tabatabaie<br>Dimitri Flowers | **Via E-Mail** |

<table>
<tr><td>SILL LAW GROUP, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, Oklahoma 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>MAPLES NIX & DIESSELHORST<br>15401 N. May Avenue<br>Edmond, Oklahoma 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br><br>Co-Counsel for Plaintiff Family Care Medical Center P.A.<br><br>Lynda M. Hill<br>Clerk of Court<br>UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203</td><td><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Via U.S. Mail</td></tr>
<tr><td colspan="2">Healthcare Administrative, LLC v. Change Healthcare, Inc., No. 3:26-cv-00934 (M.D. Tenn.)</td></tr>
<tr><td>E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389)<br>Andrew W. Tao (BPR No. 41344)<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004</td><td>Via E-Mail</td></tr>
</table>

| | |
|---|---|
| 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Healthcare Administrative, LLC* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |

| *Lutze Consulting, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00935 (M.D. Tenn.) | |
|---|---|
| E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389)<br>Andrew W. Tao (BPR No. 41344)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com | **Via E-Mail** |

| | |
|---|---|
| Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Lutze Consulting, LLC* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***Mind Over Matters, PLLC v. Change Healthcare, Inc.*, No 3:26-cv-00936 (M.D. Tenn.)** | |
| Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC** | **Via E-Mail** |

| | |
|---|---|
| 301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooker<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Mind Over Matter, PLLC* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***Red House Medical Billing MI LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00937 (M.D. Tenn.)** | |
| E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389)<br>Andrew W. Tao (BPR No. 41344)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com | **Via E-Mail** |

| | |
|---|---|
| Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant* | |
| Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Red House Medical Billing MI LLC*<br><br>Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***Surgical Recovery Solutions, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00938 (M.D. Tenn.)** | |
| E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389) | **Via E-Mail** |

| | |
|---|---|
| Andrew W. Tao (BPR No. 41344)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com<br><br>Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC** | |

| | |
|---|---|
| 218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff Surgical Recovery Solutions, LLC* | |
| Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |
| ***The Auctus Group, LLC v. Change Healthcare, Inc.*, No. 3:26-cv-00939 (M.D. Tenn.)** | |
| E. Todd Presnell (BPR 017521)<br>Joseph P. Mueller (N.Y. Bar No. 5079389)<br>Andrew W. Tao (BPR No. 41344)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@bradley.com<br>jmueller@bradley.com<br>atao@bradley.com<br><br>Alicia Paller<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Tel: 202-637-6404<br>Email: alicia.paller@hoganlovells.com<br><br>Allison Marie Holt Ryan<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: 202-637-5600<br>Fax: 202-637-5910<br>Email: allison.holt-ryan@hoganlovells.com | **Via E-Mail** |

| | |
|---|---|
| Vassi Iliadis, *Pro hac vice*<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90071<br>Tel: (310) 785-4640<br>Email: vassi.iliadis@hoganlovells.com<br><br>*Counsel for Defendant*<br><br>Tracy W. Houck<br>**LAW OFFICE OF TRACY HOUCK, LLC**<br>301 South Bonner Street<br>Ruston, LA 71270<br>Tel: (318) 255-4066<br>thouck@suddenlinkmail.com<br><br>Landon N. Tooke<br>**TOOKE LAW, LLC**<br>218 Orchard Valley Circle<br>Ruston, LA 71270<br>Tel: (318) 955-9730<br>landon@tookelaw.com<br><br>*Co-Counsel for Plaintiff The Auctus Group, LLC*<br><br>Lynda M. Hill<br>Clerk of Court<br>**UNITED STATES DISTRICT COURT**<br>**MIDDLE DISTRICT OF TENNESSEE**<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | **Via U.S. Mail** |